UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| MATTHEW HART )<br>)<br>PLAINTIFF )<br>)<br>)  Civil Action No. 5:17-cv-00234-JMH<br>v. )<br>)<br>DAVID KENT, et al. )<br>)  Removed from:<br>DEFENDANTS )  Fayette Circuit Court, 8th Div.<br>)  Case No. 17-CI-01610<br>_____ ) | |

### RE-NOTICE TO TAKE DEPOSITION OF MATTHEW HART

Please take notice that Defendant, by counsel, will take the stenographic deposition of the Plaintiff, **Matthew Hart,** on **Monday, February 26, 2018,** at **1:00 p.m.** at the offices of Bubalo Goode PLC, 1344 South Broadway, Lexington, Kentucky (859) 519-1751, for use at trial or as otherwise permitted under the Kentucky Rules of Civil Procedure.

Respectfully submitted,

/s/ Rudy J. Ellis III
Charles H. Cassis, Esq.
Aaron J. Silletto, Esq.
Rudy J. Ellis, III, Esq.
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky 40059
rellis@goldbergsimpson.com
PH: (502) 589-4440 / FAX: (502) 581-1344
*Counsel for Defendant,*
*Wilhelm Construction, Inc.*

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true copy of the foregoing was served via regular U.S. Mail, postage prepaid, upon the following, on this the 22nd day of February, 2018:

Christopher W. Goode, Esq.
Kenneth C. Human, Esq.
Bubalo Goode PLC
1344 South Broadway
Lexington, Kentucky 40504
*Counsel for Plaintiff*

Douglas W. Langdon, Esq.
Allison W. Weyand, Esq.
400 West Market Street, Suite 3200
Louisville, Kentucky 40202
*Counsel for Defendant,*
*Liberty Mutual Fire Insurance Company*

           /s/ Rudy J. Ellis III
           *Counsel for Defendant,*
           *Wilhelm Construction, Inc.*